**FILED**

**September 17, 2010**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002935450

**3**

Julia P. Gibbs, Bar No. 102072
LAW OFFICES OF JULIA P. GIBBS
1329 Howe Avenue, Suite 205
Sacramento, CA 95825-3363
Telephone: (916) 646-2800
Telecopier: (916) 929-1158
email: judy@gibbslegal.com

Proposed Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                          )
                                               ) Case No. 10-39615-D11
KEVIN EARL RABEY and                           )
DUNG THI LE,                                    ) D.C. No. JPG-1
                                               ) (No hearing scheduled)
                    Debtors.                   )
_____)

## APPLICATION BY DEBTORs IN POSSESSION KEVIN EARL RABEY AND DUNG THI LE FOR AUTHORITY TO EMPLOY GENERAL BANKRUPTCY COUNSEL

Kevin Earl Rabey and Dung Thi Le, debtors and debtors in possession ("Debtors"), files this application for authorization to employ the Law Offices of Julia P. Gibbs ("Counsel") as their general bankruptcy counsel in the above-captioned chapter 11 case.

1. This case was commenced by the filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 26, 2010. An order for relief was entered the same

day. No trustee has been appointed and Debtors remains in possession of the estate.

2. Counsel has advised Debtors that it has reviewed the master address list filed with the Court, and the list of twenty largest creditors. Counsel has also questioned Debtor about the identity of major creditors and parties in interest. Counsel has advised Debtor that, except for the connections disclosed in the Declaration of Julia P. Gibbs filed herewith, Counsel has no connections with Debtors, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

3. Counsel has agreed to represent Debtors in the case in and in any adversary proceedings filed in the case.

5. The terms of compensation for counsel are that (1) Debtors deposited the prepetition retainer of $10,000 into Counsel's trust account; (2) Counsel withdrew from that retainer prepetition fees of $700.00 and the filing fee of $1,039, leaving $8,261.00 in the trust account, which sum is to be held in that trust account until an order of the Bankruptcy Court directs its disbursement and (3) Debtors will be billed on an hourly basis at Counsel's regular hourly rates ($350.00 per hour for Julia P. Gibbs) for compensation under the court-approved lodestar formula for computing attorneys' fees. Debtor will also

reimburse Counsel for certain actual costs and expenses incurred by Counsel in its representation of Debtor, as allowed by the Court.

6. Counsel shall provide Debtors with monthly statements. All fees and costs shall be subject to the review and approval of the Court pursuant to the pertinent provisions of the Bankruptcy Code and guidelines established by the Court.

WHEREFORE, Debtors prays the Court to make and enter its Order authorizing Debtors to engage the Law Offices of Julia P. Gibbs to represent it in this bankruptcy case and any adversary proceedings filed therein.

DATED: 09/17/2010

/s/Kevin Earl Rabey
Kevin Earl Rabey

DATED: 09/17/2010

/s/Dung Thi Le
Dung Thi Le