3

Julia P. Gibbs, Bar No. 102072
LAW OFFICES OF JULIA P. GIBBS
1329 Howe Avenue, Suite 205
Sacramento, CA 95825-3363
Telephone: (916) 646-2800
Telecopier: (916) 929-1158
email: judy@gibbslegal.com

Proposed Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re )
) Case No. 10-39615-D11
KEVIN EARL RABEY and )
DUNG THI LE, ) D.C. No. JPG-1
) (No hearing scheduled)
              Debtors. )
_____)

**DECLARATION OF JULIA P. GIBBS IN SUPPORT OF
APPLICATION BY DEBTORs IN POSSESSION KEVIN EARL RABEY AND DUNG
THI LE FOR AUTHORITY TO EMPLOY GENERAL BANKRUPTCY COUNSEL**

      I, Julia P. Gibbs, declare as follows:

      1. I am an attorney licensed to practice in the courts of the State of California and am a member of the bar of this Court. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

      2. I have reviewed the list of creditors in the case, and have queried Debtor regarding other parties with whom it does business. Except as specifically stated below, my firm and I do not have any connections with Debtor, creditors, parties in

interest, their respective attorneys and accountants, the United States Trustee and employees of the Office of the United States Trustee.

      a. I regularly practice bankruptcy law before the Court. I am on a friendly basis with employees of the Court, employees of the Office of the United States Trustee and attorneys who practice before the bankruptcy court.

      b. Debtor owes money to several large banks, which are creditors in other cases I am handling. Until recently, I banked at Bank of America, N.A., which is one of Debtor's creditors.

      3. Neither I nor any employee of my firm holds an interest in Debtor or is otherwise an interested party with regard to Debtor.

      4. I have passed the test and other qualifications of the American Board of Certification and am certified as expert in Business Bankruptcy Law.

      5. Prepetition, Debtors paid to my firm a retainer of $10,000.00. From that retainer, I paid the filing fees for this case ($1,039), and legal fees totaling $700.00. The balance remaining in the trust account is $8,261.00.

I declare the foregoing to be true and correct under penalty of perjury. Executed this 17th day of September, 2010 in Sacramento, California.

/s/Julia P. Gibbs
Julia P. Gibbs